

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com


DATE FILED: 03/04/2025

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

March 3, 2025

**VIA ECF**
Hon. ~~Paul A. Engelmayer, U.S.D.J.~~ Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court for the
Southern District of New York
~~Thurgood Marshall U.S. Courthouse~~ Daniel Patrick Moynihan U.S Courthouse
~~40 Foley Square, Courtroom 1305~~ 500 Pearl St., Courtroom 18D
New York, New York 10007

     Re:   *August Image, LLC v. Complex Media Holdings, LLC et al.*
            No. 24-8433 (PAE) (RWL)

Dear Judge ~~Engelmayer~~ Lehrburger:

    We represent defendants, Complex Media, Inc., Commerce Media Holdings, LLC, and BuzzFeed, Inc. (together, "Defendants"). Pursuant to paragraph 1.E. of Your Honor's Individual Rules and Practices in Civil Cases, we write to request an adjournment of the scheduled Initial Pretrial Conference from Thursday, March 27, 2025 to **Friday, April 4, 2025** or such other date that works for the court. The reason for the request is that I am currently out of the country until March 9, and I will be traveling from March 27 through March 31. Plaintiff's counsel consents to the requested extension and has asked only that the date not be April 3, as counsel has a conflict then. We have not previously asked for an extension for the initial conference, and this adjournment will not affect any other scheduled dates.

    We thank the Court for its time and consideration.

                                 Respectfully submitted,

                                 RIVKIN RADLER LLP
                               *s/ Nancy A. Del Pizzo*

                               Nancy A. Del Pizzo

c: Counsel of Record (via ECF)

                               Request granted.  The conference will be rescheduled.

4924-6218-8323, v. 1

                               SO ORDERED:
                               03/04/2025

                               HON. ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

66 South Pearl Street, 11th Floor   1301 Riverplace Boulevard   477 Madison Avenue   2649 South Road   926 RXR Plaza
Albany, NY 12207-1533   Jacksonville, FL 32207-9047   New York, NY 10022-5843   Poughkeepsie, NY 12601-6843   Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199   T 904.792.8925 F 904.467.3461   T 212.455 9555 F 212.687.9044   T 845.473.8100 F 845.473.8777   T 516 357.3000 F 516.357.3333