UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUGUST IMAGE, LLC,

                  Plaintiff,

      - against -

COMMERCE MEDIA HOLDINGS, LLC, et al.,

                  Defendants.
-----------------------------------------------------------------X

24-CV-8433 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the initial case management conference held via Teams on March 24, 2025, Plaintiff shall produce forthwith to Defendants the photographer agreements by which Plaintiff claims to have the rights being enforced. Those agreements are to be deemed confidential for outside counsel's eyes only unless and until any other designation is accorded them under a protective order to be negotiated by the parties and submitted to the Court for approval, or the parties otherwise agree.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1