

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

June 24, 2025

> The requested extension is granted. The Court offers its condolences to defense counsel's family.
>
> SO ORDERED:
>
> 6/24/25
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

Re:  *August Image, LLC v. Complex Media Holdings, LLC et al.*
     No. 24-8433 (PAE) (RWL)

Dear Magistrate Judge Lehrburger:

    We represent defendants, Complex Media, Inc., Commerce Media Holdings, LLC, and BuzzFeed, Inc. (together, "Defendants"). Yesterday, Your Honor entered an Order requiring the parties to meet and confer to address their various issues and file a joint letter by July 9, 2025 (D.E. 35). We write to request a one-week extension of time to file that letter, up to and including July 16, 2025. Plaintiff's counsel consents to this extension. The brief extension is requested because I am traveling to Florida tomorrow, June 24, 2025 (returning Tuesday July 1, 2025) to attend services for my father-in-law, who recently passed away. As a result, I respectfully ask the Court for this additional time.

    Separately, and understanding after the parties' joint status letter of yesterday that the Court found the parties made little progress since the case management plan was entered in late March, I write to address that issue in brief. Under the scheduling order (D.E. 32), the parties were required to serve written discovery by April 30, 2025, which both parties did. Both parties also timely served written responses to discovery on May 30, 2025. Defendants began reviewing Plaintiff's responses just a few weeks ago, on Monday, June 2, 2025, having received them on deadline but after hours on Friday prior to the weekend. We have been working on a deficiency letter during this time. The parties also negotiated and agreed on a proposed protective order, which Defendants filed today.

    We have not previously asked for an extension of Your Honor's April 23rd Order, and this will not affect any other scheduled dates.

    We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP
*s/ Nancy A. Del Pizzo*

Nancy A. Del Pizzo

c: Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333