

Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 22, 2025

**DELIVERED VIA ECF**
Honorable Robert W. Lehrburger
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18D
New York, NY 10007-1312

      **Case: August Image, LLC v. Commerce Media Holdings, LLC, Case No.: 1:24-cv-08433-PAE-RWL**
      **Re:    Status Update and Notice of Settlement – Request for Adjournment**

Your Honor:

      This office represents Plaintiff, August Image, LLC ("August") in the above referenced matter. We write to advise the court of the status of the case and provide notice that the parties have reached a settlement in principle as to all claims at issue in this case and believe that the case will be dismissed within 45 days.

      In light of the foregoing, the parties respectfully request that the Court vacate all current hearing dates and deadlines and provide the parties 45 days to complete the settlement process and dismiss the action. This is the parties' first request of this nature. Defendants join in this request. We thank Your Honor for your attention to this matter.

                                        Respectfully submitted,

                            By: */s/ David Michael Stuart Jenkins*
                                David Michael Stuart Jenkins, Esq.
                                DONIGER / BURROUGHS
                                For the Plaintiff

**SO ORDERED.**

Dated: _____. 2025        By: _____
New York, New York                 Hon. Robert W. Lehrburger
                                        U.S. District Judge